**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CERESA COHRAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-11917 |
| ) | |
| UBER TECHNOLOGIES, INC., ) | Honorable LaShonda A. Hunt |
| a foreign corporation; ) | |
| LYFT, INC., a foreign corporation; ) | |
| CITY OF CHICAGO, ) | |
| a municipal corporation, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO STAY RESPONSIVE PLEADING DEADLINE**

Plaintiff Ceresa Cohran ("Cohran") and Defendant Uber Technologies, Inc. ("Uber") jointly move this Court to enter an order staying Uber's responsive pleading deadline in this case pending completion of settlement. In support of this request, Cohran and Uber state as follows:

1. Uber's answer to the complaint is due January 24, 2025 (Doc. 14).

2. Cohran and Uber have reached an agreement in principle to settle this matter.

3. Cohran and Uber respectfully request the Court to stay Uber's responsive pleading deadline to allow sufficient time to prepare, finalize, and execute settlement paperwork. Cohran and Uber anticipate filing voluntary dismissal papers by March 10, 2025.

4. Cohran and Uber propose filing a status report by March 10, 2025 if settlement and dismissal are not completed by that date.

5. This request is made in good faith and not for purposes of delay.

WHEREFORE, Cohran and Uber respectfully request that the Court stay Uber's responsive pleading deadline to allow sufficient time for the parties to execute settlement paperwork and file voluntary dismissal papers.

| | |
|---|---|
| Dated: January 23, 2025 | Respectfully submitted, |
| TERESA COHRAN | UBER TECHNOLOGIES, INC. |
| By: */s/ Matthew R. Custardo (with permission)* | By: */s/ Amy Y. Cho* |
| Matthew R. Custardo<br>**CUSTARDO LAW LLC**<br>650 Warrenville Road, Suite 100<br>Lisle, IL 60532<br>(630) 557-1451<br>matthew@custardolaw.com | Amy Y. Cho<br>**SHOOK, HARDY & BACON L.L.P.**<br>111 South Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>(312) 704-7700<br>acho@shb.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant***<br>***Uber Technologies, Inc.*** |

## **CERTIFICATE OF SERVICE**

     I, Amy Y. Cho, an attorney, hereby certify that on **January 23, 2025,** I caused a true and correct copy of the foregoing **JOINT MOTION TO STAY RESPONSIVE PLEADING DEADLINE** to be filed electronically. Notice of this filing will be sent through the Court's CM/ECF system to all counsel of record.

                                                     */s/ Amy Y. Cho*